IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHANNON L. CLARK, #140801

    Plaintiff,
vs.                                      CASE NO. 5:09cv309/RS-EMT

ASSISTANT STATE ATTORNEY
DOUGLAS ELLIS, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 11) and Plaintiff's Objections To Proposed Findings and Recommendations To Reconsider, Vacate Or Modify The Order (Doc. 14). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(A)(b)(1) as malicious.
3. The clerk is directed to close the file.

**ORDERED** on December 10, 2009.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**